# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## **Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## **Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☐     Diversity

    ☐     Federal Question

    ☒     The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐     Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer

       Thyroid Disease
       Ulcerative Colitis
       Liver Cancer
       Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

       Count I – Defective Design
       Count II – Failure to Warn
       Count III – Negligence
       Count IV – Negligence Per Se
       Count V – Trespass and Battery
       Count VI – Strict Product Liability
       Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
       Count VIII – Concealment, Misrepresentation, and Fraud
       Count IX – Conspiracy
       Count X – Wrongful Death
       Count XI – Loss of Consortium

       Other Causes of Action:
       Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
       Count XIII – _____
       Count XIV – _____
       Count XV – _____
       Count XVI – _____
       Count XVII – _____
       Count XVIII – _____
       Count XIX – _____
       Count XX – _____
       Others

_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

             Respectfully Submitted,

             */s/ Devin Bolton*
             Devin Bolton
             WEITZ & LUXENBERG, PC
             1880 Century Park E, STE 700
             Los Angeles, CA 90067
             Tel: (212) 558-5552
             dbolton@weitzlux.com

             *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Allen, Shirley o/b/o Walker, Jimmie | 4/20/1922 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Kidney Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 2. | Boggs, Barbara o/b/o Boggs Jr., Chalmer | 5/14/1943 | Tennessee | Eastern District of Tennessee: Northeastern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 3. | Brady, Donald o/b/o Brady, Sinikka | 3/30/1950 | Utah | Utah: Central Division (D. Utah) | No | Yes | No | Liver Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 4. | Brock, Corinne o/b/o Brock, Don | 11/7/1947 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 5. | Camidge, John o/b/o Camidge, Jacquelyn | 2/20/1952 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 6. | Carr, Lauren o/b/o Carr, Thomas | 9/23/1955 | Indiana | Southern District of Indiana: New Albany Division (S.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 7. | Clark, Robert o/b/o Clark, Marion | 8/17/1909 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 8. | Cruse, Karen o/b/o Cruse, Loretta | 4/26/1952 | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 9. | Denson, Tamisha o/b/o Ross Jr, Tauris | 4/26/2005 | Florida | Middle District of Florida: Fort Myers Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Dorris, Geraldine o/b/o Dorris, Geraldine | 3/24/1943 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Liver Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 11. | Dunham, Cathy o/b/o Easton, Phillip | 4/27/1989 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer, Liver Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 12. | Everette, Charles o/b/o Everette, Brenda | 2/15/1953 | Wisconsin | Western District of Wisconsin (W.D. Wis.) | No | Yes | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 13. | Fort, James o/b/o Fort, Waynoma | 2/4/1955 | Kentucky | Western District of Kentucky: Paducah Division (W.D. Ky.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 14. | Gass, Linda o/b/o Gass, Edward | 12/11/1956 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 15. | Grodman, Craig o/b/o Grodman, Stuart | 11/30/1933 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 16. | Hall, Margaret o/b/o Hall, Barbara | 8/10/1944 | North Dakota | North Dakota (D.N.D.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 17. | Hall, Robin o/b/o Hall, Olen | 5/19/1980 | Texas | Eastern District of Texas: Texarkana Division (E.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 18. | Howell, Ulissa o/b/o Sannin, Doris | 12/27/1942 | West Virginia | Northern District of West Virginia: Wheeling Division (N.D. W.Va.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 19. | Johnson, Linda o/b/o Matthews, Willie | 12/5/1942 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 20. | Kienle, Theresa o/b/o Hardy, Michael | 7/13/1955 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 21. | King, Reginald o/b/o King, Ernest | 3/3/1941 | California | Northern District of California: Oakland Division (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 22. | King, Reginald o/b/o King, Frances | 12/22/1941 | California | Northern District of California: Oakland Division (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 23. | Kriebel, Tammy o/b/o Fletcher, Bernadine | 1/5/1940 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 24. | Labitoria, Joyce o/b/o Labitoria, Eduardo | 5/7/1952 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 25. | Lewy, Michelle o/b/o Lewy, Steven | 2/19/1954 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 26. | Middendorf, Larry | 5/2/1957 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Sperling, Leanne | | California | Central District of California: Southern Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 28. | Miller, Jennifer o/b/o Thomas, Earnest | 4/14/1936 | North Carolina | Western District of North Carolina: Statesville Division (W.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 29. | Monteiro, Armenio | 12/19/1964 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Monteiro, Noemia | | New Jersey | New Jersey: Newark Division (D.N.J.) | No | No | No | Loss of Consortium | XI |
| 31. | Moore, Daniel | 7/20/1947 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 32. | Moore, Diane | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 33. | Morris, Jennifer | 4/25/1971 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Morris, Steve | | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | No | No | Loss of Consortium | XI |
| 35. | Murfitt, Marion | 4/28/1947 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Murfitt, James | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 37. | Murphy, Chelsie | 7/25/1990 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Murphy, Kurt Arron | | Connecticut | Connecticut (D. Conn.) | No | No | No | Loss of Consortium | XI |
| 39. | Nash, Beverly | 4/13/1978 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Nash, Edward | | New York | Northern District of New York (N.D.N.Y) | No | No | No | Loss of Consortium | XI |
| 41. | Ocampo, Yvonne o/b/o Herrera, Beverly | 2/28/1959 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 42. | Pavano, Ryan | 7/31/1991 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Helmes, Julia | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 44. | Perry, Carol | 1/31/1947 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Perry, Robert | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 46. | Pettit, Tracey | 8/29/1973 | Ohio | Northern District of Ohio: Western Division (N.D. Ohio) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Pettit, Matthew | | Ohio | Northern District of Ohio: Western Division (N.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 48. | Phillips, Pamela | 8/5/1954 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Phillips, Curtiss | | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 50. | Pinson, Robert | 7/24/1991 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Pinson, Lee | | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 52. | Poelker, Heinrich | 6/7/1961 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Poelker, Janine | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 54. | Popleon, Sylvia | 6/25/1952 | Louisiana | Middle District of Louisiana (M.D. La.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Popleon, Kenneth | | Louisiana | Middle District of Louisiana (M.D. La.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 56. | Qatto, Edmond o/b/o Qatto, Ramon | 11/4/1979 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 57. | Ragland, John | 4/20/1948 | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Ragland, Jean | | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | No | No | Loss of Consortium | XI |
| 59. | Robinson, Katherine | 1/2/1951 | Texas | Eastern District of Texas: Sherman Division (E.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Robinson, James | | Texas | Eastern District of Texas: Sherman Division (E.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 61. | Salmer, Jason | 5/28/1973 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Salmer, Theresa | | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 63. | Santos, Lorene o/b/o Santos, Carlos | 6/2/1952 | Arizona | Arizona: Prescott Division (D. Ariz.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 64. | Satriano, Andrew | 10/10/1968 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Satriano, Francesca | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 66. | Shields, Jadon o/b/o Brown, Thelma | 1/29/1956 | Nevada | Nevada (D. Nev.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 67. | Shuker, Brian | 6/27/1961 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 68. | Shuker, Marianne | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 69. | Simonson, William | 4/26/1946 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Campion, Kathryn | | California | Southern District of California (S.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 71. | Simpson, Dawn o/b/o Simpson, Stephen | 9/20/1953 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 72. | Skog, Sheri o/b/o Brown, Teresa | 8/10/1947 | Missouri | Western District of Missouri: Springfield Division (W.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 73. | Smith, Ronnell | 3/14/1973 | California | Northern District of California (N.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Smith, Earica | | California | Northern District of California (N.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 75. | Spooner, Kelly o/b/o Spooner, Gary | 9/28/1951 | Texas | Eastern District of Texas: Marshall Division (E.D. Tex.) | No | Yes | No | Liver Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 76. | Sprowes, Lori o/b/o Sprowes, David | 8/18/1967 | Alabama | Northern District of Alabama: Jasper Division (N.D. Ala.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 77. | Stanton, Linda o/b/o Stanton, Jerome | 3/12/1944 | South Dakota | South Dakota (D.S.D.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 78. | Stieber, Kimberly o/b/o Stieber, Kenneth | 7/22/1968 | Texas | Eastern District of Texas: Sherman Division (E.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 79. | Thomas, Karen o/b/o Thomas, Kendall | 6/1/1958 | Alabama | Middle District of Alabama: Northern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (M.D. Ala.) | | | | | |
| 80. | Tidwell, David | 12/2/1972 | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | Yes | No | Kidney Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Tidwell, Lisa | | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 82. | Tirado, Brandi | 12/20/1978 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Tirado, David | | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 84. | Townsend, Linda o/b/o Townsend Jr., Richard | 3/15/1989 | Texas | Western District of Texas: San Antonio Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 85. | Tyus, Serrano o/b/o Tyus, Mary | 5/15/1927 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 86. | Ugarte, Ronald | 3/24/1964 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Borrero, Diana | | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | No | No | Loss of Consortium | XI |
| 88. | Verlezza, Vincent | 6/21/1945 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Verlezza, Laura | | New York | Southern District of New York (S.D.N.Y.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 90. | Waits, Norman o/b/o Waits, Ryan | 11/3/1976 | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 91. | Warren-Skattebo, Sharon o/b/o Skattebo, David | 4/6/1977 | Tennessee | Eastern District of Tennessee: Southern Division (E.D. Tenn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 92. | Watson, Ashley o/b/o Watson, James | 4/20/1949 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 93. | Williams, Janet o/b/o Simmons, Minnie W | 11/27/1918 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 94. | Wilson, Keith | 7/30/1977 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Wilson, Melissa Sue | | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 96. | Wimsett, Cathy o/b/o Wimsett, David | 1/23/1949 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 97. | Woman, Warrior | 2/5/1953 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Longwalker, Ernie | | California | Central District of California: Western Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 99. | Woodward, Scott | 10/31/1962 | Florida | Middle District of Florida: Fort Myers Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Aguilar Woodward, Ana | | Florida | Middle District of Florida: Fort Myers | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (M.D. Fla.) | | | | | |
| 101. | Worix, Dale | 8/9/1964 | West Virginia | Southern District of West Virginia: Beckley Division (S.D. W.Va.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Perdre, Regina | | West Virginia | Southern District of West Virginia: Beckley Division (S.D. W.Va.) | No | No | No | Loss of Consortium | XI |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |